## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ESSAR STEEL ALGOMA INC., *et al.,*<br>GROUP, INC., *et al.,*<br><br>Debtors in a foreign proceeding. | Chapter 15<br><br>Case No.   15-12271 (BLS)<br>Jointly Administered |
| ESSAR STEEL ALGOMA INC., *et al.,*<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN COAL SALES CORPORATION<br><br>Defendant. | Adversary Pro. No. 17-50196 (BLS) |

### ORDER IMPLEMENTING TRANSFER [D.I. 61]

**AND NOW, this** 18 day of September, 2017, **it is hereby ORDERED** that the above

Adversary case is **TRANSFERRED** to the United States District Court for the District of

Delaware, to implement the Court's Order Granting Defendant's Motion to Transfer [D.I.20]

this case to the United States District Court for the Southern District of New York.

Brendan L. Shannon
Chief United States Bankruptcy Judge