IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| ESSAR STEEL ALGOMA INC., *et al.*, | Case No. 15-12271 (BLS) |
| Debtors in a foreign proceeding. | Jointly Administered |
| ESSAR STEEL ALGOMA INC., *et al.*, | |
| Plaintiff, | |
| v. | Adversary Pro. No. 17-50196 (BLS) |
| SOUTHERN COAL SALES CORPORATION, | |
| Defendant. | |

## ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER [D.I. 20]

This matter came before the Court on Defendant's Motion to Transfer (the "Motion") [D.I. 20]. Having considered the Motion and the briefs filed by the parties and having considered argument of counsel at the hearing on the Motion held on September 6, 2017 at 1:00 pm, it is **ORDERED AND ADJUDGED** that:

1. The Motion shall be and the same is hereby **GRANTED** for the reasons stated by the Court on the record at the September 6, 2017 hearing.

2. This case is hereby transferred to the United States District Court for the Southern District of New York, consistent with the forum provided for in the parties' forum selection agreement.

Dated: September 15, 2017

Brendan L. Shannon
United States Bankruptcy Court Judge

IMPAC 5387888v.1