# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

824 Market Street
Wilmington, DE 19801
(302) 252-2900

Date: 9/19/2017

To: Robert Cruikshank,
Intake Supervisor
U.S. District Court
District of Delaware

Re:  Case Name: Essar Steel Algoma Inc. v. Southern Coal Sales Corporation

Case #: 17-50196-BLS

The above-referenced case(s) has been transferred.  Attached to this email is the order transferring venue of this case to U.S. District Court, along with all required documents.  Documents were electronically filed and can be viewed at www.deb.uscourts.gov .

Kindly acknowledge receipt of this document.

Sincerely,

By: /s/ M.A. Stansbury,
_____
Deputy Clerk

Una O'Boyle, Clerk

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

I, _____, hereby acknowledge receipt of the above Record on Transferring of case this_____day of_____, 20[ ].

_____                    _____
Deputy Clerk                                                                    Supervisor