AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:17-mc-00360-AT

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* Standard Laboratories, care of Warren T. Stallard on *(date)* 12/12/17 .

☑ I served the subpoena by delivering a copy to the named person as follows: Becky Gainer, Human Resources Director, 147 11th St. Suite 100 South Charleston, WV on *(date)* 12/12/17 ; or

☐ I returned the subpoena unexecuted because: ______________________________ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ____________ .

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/12/17

[signature]
*Server's signature*

Darren Brown Legal Investigator
*Printed name and title*

P.O. Box 7673 Charleston, WV 25313
*Server's address*

Additional information regarding attempted service, etc.: