**Attachment**



Southern Coal Sales Corporation
302 S. Jefferson Street
Roanoke, Virginia 24011

July 5, 2018

The Hon. Analisa Torres
U.S. District Judge, Southern Dist. of New York
Daniel Patrick Moynihan United States Courthouse
Courtroom 15D
500 Pearl Street
New York, NY 10007-1312

    Re:   *Essar Steel Algoma, Inc. v. Southern Coal Sales Corporation*
           Case No. 1:17-mc-00360-AT

Dear Judge Torres,

Pursuant to your June 28, 2018 order, this confirms that Southern Coal Sales Corporation has retained Kelley, Drye & Warren as its new counsel in referenced matter.  They are filing a notice of appearance contemporaneously with this letter.

Respectfully,

Stephen W. Ball, Esq.
Vice President and General Counsel
Southern Coal Sales Corporation

cc:    Kip T. Bollin, Esq.