# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ESSAR STEEL ALGOMA, INC., et al.** <br> **Plaintiff,** <br> v. <br><br> **SOUTHERN COAL SALES CORPORATION** <br> **Defendant.** | Case No. 1:17-mc-00360-AT <br><br> **APPEARANCE OF COUNSEL** |

To: The clerk of court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the Defendant, Southern Coal Sales Corporation. Hereafter, copies of all notices, pleadings, or other papers should be served on Mr. Getty and the firm at the address noted below.

                                                    Respectfully submitted,

January 9, 2019                    /s/ Richard A. Getty
                                          RICHARD A. GETTY

                                          THE GETTY LAW GROUP, PLLC
                                          1900 Lexington Financial Center
                                          250 West Main Street
                                          Lexington, Kentucky 40507
                                          Telephone: (859) 259-1900
                                          Facsimile: (859) 259-1909
                                          E-Mail: rgetty@gettylawgroup.com

                                            COUNSEL FOR DEFENDANT,
                                            SOUTHERN COAL SALES
                                            CORPORATION

amspld0681