

Via ECF and Email

January 10, 2019

The Hon. Robert W. Lehrburger
U.S. Magistrate Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1960
New York, NY 10007
(*Lehrburger_NYSDChambers@nysd.uscourts.gov*)

      **RE:**    **Joint Request to Extend Discovery Deadlines**
               *Essar Steel Algoma Inc. v. Nevada Holdings, Inc. f/k/a Southern Coal Sales Corporation*, Case No. 1:17-mc-00360-AT-RWL

Dear Judge Lehrburger:

On December 3, 2018, Your Honor entered an Order (Dkt. 97) setting the following schedule.

| Event | Deadline |
| --- | --- |
| Defendant's production of documents and interrogatory responses pursuant to dkt. 87 | December 11, 2018 |
| Conclude Rule 30(b)(6) deposition of Defendant | January 11, 2019 |
| Plaintiff expert report(s) | January 22, 2019 |
| Deposition of Plaintiff's expert witness(es) | February 1, 2019 |
| Defendant's expert report(s) | February 12, 2019 |
| Deposition of Defendant's expert witness(es) | February 22, 2019 |

Plaintiff Essar Steel Algoma Inc. ("Algoma") and Defendant Nevada Holdings, Inc. f/k/a Southern Coal Sales Corporation ("SCSC") respectfully submit this joint request for an extension of that schedule.

Algoma submits that an extension is necessary so that it may review SCSC-produced documents (received December 11, December 21, January 4, and a substantial production on January 8) prior to reconvening the deposition. Algoma seeks adequate time to review the documents and prepare for and complete the deposition.

SCSC's agrees to the extension primarily because it has retained new lead counsel last week, and counsel has scheduling conflicts in late January and early February.

Kip.Bollin@ThompsonHine.com   216.566.5800   216.566.5786      4834-9206-0805.4

THOMPSON HINE LLP
ATTORNEYS AT LAW

3900 Key Center
127 Public Square
Cleveland, Ohio  44114-1291

www.ThompsonHine.com
O: 216.566.5500
F: 216.566.5800



Accordingly, the parties jointly request an extension of the discovery schedule as follows.

| Event | Deadline |
|---|---|
| Conclude Rule 30(b)(6) deposition of Defendant | February 13, 2019 |
| Plaintiff expert report(s) | February 27, 2019 |
| Deposition of Plaintiff's expert witness(es) | March 8, 2019 |
| Defendant's expert report(s)[1] | March 19, 2019 |
| Deposition of Defendant's expert witness(es) | March 29, 2019 |

Thank you for your consideration.

Respectfully yours,

*s/ Kip T. Bollin*                                        *s/ Richard A. Getty*

Kip T. Bollin                                             Richard A. Getty
Counsel for Plaintiff Essar Steel Algoma Inc.   Counsel for Defendant Nevada Holdings, Inc.
                                                          f/k/a Southern Coal Sales Corporation

Enclosure

cc:     All counsel of record via ECF notice

---

[1] As before, should SCSC submit an expert report on that concerns a new topic (as opposed to a responsive or rebuttal report), Algoma will then "raise the issue" regarding the opportunity to provide a rebuttal report. (Dkt. 97.)