UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ESSAR STEEL ALGOMA, INC., et al.** **Plaintiff,** v. **SOUTHERN COAL SALES CORPORATION** **Defendant.** | Case No. 1:17-mc-00360-AT **MOTION FOR LEAVE TO FILE AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM** |

Defendant, Southern Coal Sales Corporation ("SCSC"), by counsel, and pursuant to Rule 15(a) of the Federal Rules of Civil Procedure and the Court's Memo Endorsement dated April 25, 2019, respectfully requests leave to file its Amended Answer, Affirmative Defenses and Counterclaim to the Second Amended Complaint for Breach of Contract (the "SAC") filed by Plaintiff, Essar Steel Algoma Inc. ("Algoma Canada").  A supporting Memorandum is submitted herewith.

May 20, 2019                                      Respectfully submitted,


                                                   /s/ Richard A. Getty
                                                  RICHARD A. GETTY (*admitted pro hac vice*)
                                                  DANIELLE HARLAN (*admitted pro hac vice*)
                                                        and
                                                  MARCEL RADOMILE (*admitted pro hac vice*)

                                                  THE GETTY LAW GROUP, PLLC
                                                  1900 Lexington Financial Center
                                                  250 West Main Street
                                                  Lexington, Kentucky  40507
                                                  Telephone:  (859) 259-1900
                                                  Facsimile:   (859) 259-1909
                                                  E-Mail:  rgetty@gettylawgroup.com
                                                  E-Mail:  dharlan@gettylawgroup.com
                                                  E-Mail:  mradomile@gettylawgroup.com

                                                  And

        PHILIP D. ROBBEN
           and
        MELISSA E. BYROADE

        KELLEY DRYE & WARREN LLP
        101 Park Avenue
        New York, New York 10178
        Telephone:  (212) 808-7800
        Facsimile:   (212) 808-7807
        E-Mail:  probben@kelleydrye.com
        E-Mail:  mbyroade@kelleydrye.com

        COUNSEL FOR DEFENDANTS,
        SOUTHERN COAL SALES CORPORATION,
        JAMES C. JUSTICE COMPANIES, INC., JAMES
        C. JUSTICE COMPANIES, LLC, BLUESTONE
        INDUSTRIES, INC., BLUESTONE COAL
        CORPORATION, BLUESTONE MINEAL, INC.,
        BLUESTONE ENERGY SALES
        CORPORATION, A&G COAL CORPORATION,
        TAMS MANAGEMENT INC., ENCORE
        LEASING LLC, BLUESTONE RESOURCES
        INC., JUSTICE FAMILY FARMS, LLC AND
        SOUTHERN COAL CORPORATION

## CERTIFICATE OF SERVICE

     I hereby certify that on May 20, 2019, I electronically filed the foregoing Motion For Leave To File Amended Answer, Affirmative Defenses, And Counterclaim with the Clerk of Court using the CM/ECF System, which will automatically send e-mail notification of such filing to all counsel of record.

                                    /s/ Richard A. Getty
                                    COUNSEL FOR DEFENDANTS

mwepld0730