UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ESSAR STEEL ALGOMA, INC., et al.** <br> Plaintiff, <br> v. <br> **SOUTHERN COAL SALES CORPORATION** <br> Defendant. | Case No. 1:17-mc-00360-AT <br><br> **DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT AS TO THE NEW DEFENDANTS** |

Defendants, James C. Justice Companies, Inc., James C. Justice Companies, LLC, Bluestone Industries, Inc., Bluestone Coal Corporation, Bluestone Mineral, Inc., Bluestone Energy Sales Corporation, A&G Coal Corporation, Tams Management Inc., Encore Leasing LLC, Bluestone Resources Inc., Justice Family Farms, LLC, 15 Corporation (collectively, the "New Defendants"), and Nevada Holdings (formerly Southern Coal Sales Corp.), pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure and the Court's Order entered March 27, 2019 (Dkt. No.138), respectfully move the Court to enter an Order dismissing, with prejudice, the allegations in Plaintiff's Second Amended Complaint (Doc. 106) asserted against the New Defendants. A supporting Memorandum is submitted herewith.

Dated: June 24, 2019

Respectfully submitted,

/s/ Richard A. Getty
RICHARD A. GETTY (*admitted pro hac vice*)
DANIELLE HARLAN (*admitted pro hac vice*)
     and
MARCEL RADOMILE (*admitted pro hac vice*)

THE GETTY LAW GROUP, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky  40507
Telephone:  (859) 259-1900
Facsimile:   (859) 259-1909

E-Mail:  rgetty@gettylawgroup.com
E-Mail:  dharlan@gettylawgroup.com
E-Mail:  mradomile@gettylawgroup.com

And

PHILIP D. ROBBEN
    and
MELISSA E. BYROADE

KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Telephone:  (212) 808-7800
Facsimile:  (212) 808-7807
E-Mail:  probben@kelleydrye.com
E-Mail:  mbyroade@kelleydrye.com

COUNSEL FOR DEFENDANTS,
SOUTHERN COAL SALES CORPORATION,
JAMES C. JUSTICE COMPANIES, INC., JAMES C. JUSTICE COMPANIES, LLC, BLUESTONE INDUSTRIES, INC., BLUESTONE COAL CORPORATION, BLUESTONE MINEAL, INC., BLUESTONE ENERGY SALES CORPORATION, A&G COAL CORPORATION, TAMS MANAGEMENT INC., ENCORE LEASING LLC, BLUESTONE RESOURCES INC., JUSTICE FAMILY FARMS, LLC AND SOUTHERN COAL CORPORATION

dhbpld2207