

June 27, 2019

*Via ECF and E-mail (Lehrburger_NYSDChambers@nysd.uscourts.gov)*

The Hon. Robert W. Lehrburger
U.S. Magistrate Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1960, Courtroom 18D
New York, New York 10007

> RE: *Essar Steel Algoma, Inc. v. Nevada Holdings, Inc. f/k/a Southern Coal Sales Corporation, et al.*, U.S. District Court, S.D.N.Y., Case No. 17-mc-360

Dear Judge Lehrburger:

We represent plaintiff Essar Steel Algoma, Inc. ("Algoma"). Algoma's brief in opposition to defendants' motion to dismiss currently is due on July 8. (Dkt. 141.) Pursuant to Rule I.F. of Your Honor's Individual Practices in Civil Cases, Algoma requests a brief extension of time until July 12 to file its brief. Algoma has not previously requested an extension of this date, and defendants consent to this extension of time.

Respectfully yours,

*/s/ Kip T. Bollin*

Kip T. Bollin

cc: All counsel of record via ECF

Kip.Bollin@ThompsonHine.com   Fax: 216.566.5800   Direct: 216.566.5786                                                4836-6731-5355.1

THOMPSON HINE LLP
ATTORNEYS AT LAW

3900 Key Center
127 Public Square
Cleveland, Ohio  44114-1291

www.ThompsonHine.com
O: 216.566.5500
F: 216.566.5800