UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESSAR STEEL ALGOMA, INC., <br><br> Plaintiff, <br><br> v. <br><br> SOUTHERN COAL SALES CORPORATION *et al.*, <br><br> Defendants. | Case No. 17-mc-00360-AT-RWL |

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 1.4 and Rule 1.16(c) of the New York Rules of Professional Conduct, Kelley Drye & Warren LLP, respectfully moves this Court for an order granting leave to withdraw as counsel of record for Defendants Nevada Holdings, Inc. (formerly Southern Coal Sales Corporation); James C. Justice Companies, Inc.; James C. Justice Companies, LLC; Bluestone Industries, Inc.; Bluestone Coal Corporation; Bluestone Mineral, Inc.; Bluestone Energy Sales Corporation; A&G Coal Corporation; Tams Management Inc.; Encore Leasing LLC; Bluestone Resources Inc.; Justice Family Farms, LLC; and Southern Coal Corporation in the above-captioned case.

Kelley Drye respectfully requests that the Court issue an Order: (i) permitting Kelley Drye and each of its members, counsel, and associated lawyers that have appeared in this action to immediately withdraw as counsel for Defendants; and (ii) granting Kelley Drye such other and further relief as the Court deems just and proper.

Dated:   New York, New York
         July 9, 2019

                                    Respectfully submitted,

                                    KELLEY DRYE & WARREN LLP

                                    By: s/ Philip D. Robben
                                        Philip D. Robben

4815-9777-1419v.2

101 Park Avenue<br>
New York, New York 10178<br>
Telephone: (212) 808-7800<br>
Facsimile: (212) 808-7897<br>
probben@kelleydrye.com