```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:  7/25/2019
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ESSAR STEEL ALGOMA, INC.,

                Plaintiff,

    v.

SOUTHERN COAL SALES
CORPORATION *et al.*,

                Defendants.

Case No. 17-mc-00360-AT-RWL

### NOTICE OF MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 1.4 and Rule 1.16(c) of the New York Rules of Professional Conduct, Kelley Drye & Warren LLP, respectfully moves this Court for an order granting leave to withdraw as counsel of record for Defendants Nevada Holdings, Inc. (formerly Southern Coal Sales Corporation); James C. Justice Companies, Inc.; James C. Justice Companies, LLC; Bluestone Industries, Inc.; Bluestone Coal Corporation; Bluestone Mineral, Inc.; Bluestone Energy Sales Corporation; A&G Coal Corporation; Tams Management Inc.; Encore Leasing LLC; Bluestone Resources Inc.; Justice Family Farms, LLC; and Southern Coal Corporation in the above-captioned case.

Kelley Drye respectfully requests that the Court issue an Order: (i) permitting Kelley Drye and each of its members, counsel, and associated lawyers that have appeared in this action to immediately withdraw as counsel for Defendants; and (ii) granting Kelley Drye such other and further relief as the Court deems just and proper.

Dated:    New York, New York
           July 9, 2019

                    Respectfully submitted,

                    KELLEY DRYE & WARREN LLP

                    By: s/ Philip D. Robben
                       Philip D. Robben

**Granted.** Southern Coal
shall obtain local counsel by
August 26, 2019.

SO ORDERED:

_____

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE    July 25, 2019

101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
probben@kelleydrye.com

4815-9777-1419v.2                    2