# Exhibit A



*Via Email*

August 22, 2019

Richard A. Getty, Esq.
The Getty Law Group PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, KY 40507
rgetty@gettylawgroup.com

      **RE:**   *Essar Steel Algoma, Inc. v. Nevada Holdings, Inc. f/k/a Southern Coal Sales Corporation, et al.*, U.S. District Court, S.D.N.Y., Case No. 17-mc-360

Dear Rich:

    We received your August 13 letter. Your proposal to depose Mr. Stark and Mr. Galey on October 22 and October 23 in our Cleveland office is acceptable.

    With respect to depositions of your clients' experts, I understand your lack of availability, but, considering the delays in this case caused by your clients' repeated change of counsel, we would prefer to take the depositions sooner. Is there is another attorney in your office who could defend these depositions in September? If not, we will plan to take the depositions of Mr. Leighton and Mr. Wolf during the week of October 28. Please confirm their availability. Given that Mr. Wolf is located in Pittsburgh, we propose taking both depositions there.

    Finally, please kindly let us know whether your client has accepted or rejected our settlement demand. Thank you.

Sincerely yours,

*Mark R. Butscha Jr.*

Mark R. Butscha, Jr.

cc:   Kip T. Bollin, Esq.
       Laura W. Schultz, Esq.
       Danielle Harlan, Esq.

Mark.Butscha@ThompsonHine.com   216.566.5897

4823-7723-2031.3

THOMPSON HINE LLP
ATTORNEYS AT LAW

3900 Key Center
127 Public Square
Cleveland, Ohio 44114-1291

www.ThompsonHine.com
O: 216.566.5500
F: 216.566.5800

# THE GETTY LAW GROUP<sub>PLLC</sub>

ATTORNEYS AT LAW

1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky 40507
Telephone: (859) 259-1900
Facsimile: (859) 259-1909

Richard A. Getty, Managing Member
Extension 217
E-Mail: rgetty@gettylawgroup.com

Via dello Studio
No. 8
50122 Florence, Italy
Telephone: 011-39-055-290-394
Facsimile: 011-39-055-264-5596

**E-MAILED ONLY**
**Kip.Bollin@thompsonhine.com**
**Mark.Butscha@thompsonhine.com**

August 26, 2019

Kip T. Bollin, Esq.
    and
Mark R. Butscha, Jr., Esq.
Thompson Hine, LLP
3900 Key Center, 127 Public Square
Cleveland, Ohio 44114

    Re:    Essar Steel Algoma, Inc. v. Southern Coal Sales Corporation
              Case No. 17-00360 (S.D.N.Y.)

Gentlemen:

    This will acknowledge receipt of your letter dated August 22, 2019 concerning the scheduling of depositions. First, thank you for confirming that the depositions of Messrs. Stark and Galey can take place in your offices in Cleveland on October 22nd and 23rd.

    Secondly, as to your proposal for taking the depositions of Aaron Heighton and Brad Wolf the week of October 28th in Pittsburgh, I will have to check with Mr. Wolf as to what days he would be available that week. As to Mr. Heighton, his office is in Huntington, West Virginia and you will need to take his deposition in Huntington or possibly here in Lexington. I will have to speak with Mr. Heighton and determine whether he would be able to drive to Lexington for his deposition. Once I have additional information, I will get back to you.

    I do want to alert you to one potential problem. That is the fact that I am likely going to undergo some quite serious back surgery during the month of September. During the first week of October, I am scheduled to be trying an international arbitration in France. My surgery may cause that proceeding to be backed up several weeks in to the latter part of October which could have an effect on all of the above depositions. I am undergoing a number of tests this week and further evaluation as to the extent of the surgery that needs to be performed. Once I know more

# THE GETTY LAW GROUP PLLC

Kip T. Bollin, Esq.
    and
Mark R. Butscha, Jr., Esq.
August 26, 2019
Page 2

about that situation, I will let each of you know whether the schedule for the above depositions will be affected in any way as a result of my surgery.

    With best regards, I remain

                                Sincerely yours,

                                Richard A. Getty

RAG/kjl
cc:    Danielle Harlan, Esq.
       Laura W. Schultz, Esq.
       Steve Ball, Esq.
       Ms. Ann Stith
ragltr12004



*Via Email*

September 4, 2019

Richard A. Getty, Esq.
The Getty Law Group PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, KY 40507
rgetty@gettylawgroup.com

> RE:  *Essar Steel Algoma, Inc. v. Nevada Holdings, Inc. f/k/a Southern Coal Sales Corporation, et al.*, U.S. District Court, S.D.N.Y., Case No. 17-mc-360

Dear Rich:

We received your August 26 letter.

Thank you for alerting us to your potential scheduling problem. Certainly, we appreciate the seriousness and severity of back surgery. We hope the surgery is successful and wish you a speedy recovery. If your health will affect the October deposition schedule, please consider whether another attorney from your office or new local counsel will be able to take and defend the expert depositions in October. As we have noted before, this case unfortunately has dragged on for some time as a result of your clients' repeated change of counsel.

As for the location of the depositions, we agreed to make Mr. Galey available for deposition in Cleveland for the convenience of the parties. Mr. Galey resides in Canada, but we thought it would be more efficient to schedule his deposition in Cleveland where Mr. Stark is located. This accommodation was meant to avoid unnecessary travel, time, and expense. Our proposal to depose Messrs. Wolf and Heighton in Pittsburgh was meant to achieve similar efficiency. If Mr. Heighton will not travel to Pittsburgh, would Mr. Wolf be willing to travel to Huntington or Lexington? So far, it has been good that the parties have been able to resolve these scheduling issues informally rather than having to resort to the formal expense-shifting processes set forth in the rules (*see* S.D.N.Y. Loc. R. 30.1), and we would prefer to continue in this manner.

We look forward to hearing back from you, and in the meantime hope you are feeling well.

Mark.Butscha@ThompsonHine.com   216.566.5897                                                                                       4823-7723-2031.3

THOMPSON HINE LLP
ATTORNEYS AT LAW

3900 Key Center
127 Public Square
Cleveland, Ohio 44114-1291

www.ThompsonHine.com
O: 216.566.5500
F: 216.566.5800



Sincerely yours,

Mark R. Butscha, Jr.

cc:    Kip T. Bollin, Esq.
        Laura W. Schultz, Esq.
        Danielle Harlan, Esq.

# Butscha Jr., Mark

| | |
|---|---|
| **From:** | Richard Getty <rgetty@gettylawgroup.com> |
| **Sent:** | Wednesday, September 04, 2019 3:04 PM |
| **To:** | Butscha Jr., Mark |
| **Cc:** | Danielle Harlan; Marcel Radomile; Bollin, Kip; Schultz, Laura Watson; Barrett, Melissa; Steve Ball |
| **Subject:** | Re: Essar Steel Algoma v. Southern Coal Sales Corporation, et al., U.S. District Court, S.D.N.Y., Case No. 17-mc-360 |

**CAUTION EXTERNAL EMAIL**

I will check on either Pittsburgh or Lexington for both Wolf and Heighton and get back to you. RAG

> On Sep 4, 2019, at 2:23 PM, Butscha Jr., Mark <Mark.Butscha@thompsonhine.com> wrote:
>
> Counsel: Please see the attached letter.  Mark
>
> **Mark R. Butscha, Jr.** | Associate | **Thompson Hine LLP**
> 3900 Key Center, 127 Public Square | Cleveland, Ohio 44114-1291
> **Office:** 216.566.5897 | **Mobile:** 513.382.9262
> **Fax:** 216.566.5800 | **Email:** Mark.Butscha@ThompsonHine.com
>
> Atlanta | Chicago | Cincinnati | Cleveland | Columbus | Dayton | New York | Washington
>
> <image005.png>
> **A Smarter Way to Work – predictable, efficient and aligned with client goals. Read more.**
>
> <image006.png>
>
>
> <2019-09-04 - Butscha Ltr. to Getty.pdf>