UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESSAR STEEL ALGOMA INC.,

                Plaintiff,

-against-

SOUTHERN COAL SALES CORPORATION,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/2019

17 Misc. 360 (AT) (RWL)

**ORDER ADOPTING REPORT AND <u>RECOMMENDATION</u>**

ANALISA TORRES, District Judge:

    Having received no objections to Magistrate Judge Lehrburger's August 27, 2019 Report and Recommendation (the "R&R"), ECF No. 157, the Court reviewed the R&R for clear error, and found none. *Santiago v. Colvin*, 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014).

    The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, it is hereby ORDERED that Defendant's motion to amend, ECF No. 142, is DENIED.

    The Clerk of Court is directed to terminate the motion at ECF No. 142.

    SO ORDERED.

Dated: September 13, 2019
       New York, New York

_____
ANALISA TORRES
United States District Judge