# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| ESSAR STEEL ALGOMA INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:17-mc-00360-AT |
| | ) | |
| vs. | ) | Judge Analisa Torres |
| | ) | |
| | ) | Magistrate Judge Robert W. |
| NEVADA HOLDINGS, INC., f/k/a | ) | Lehrburger |
| SOUTHERN COAL SALES | ) | |
| CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that, upon the accompanying declaration of Melissa A. Barrett, dated January 16, 2020, the undersigned will move this Court to enter an Order permitting withdrawal as counsel for Plaintiff Essar Steel Algoma Inc. in the above captioned action pursuant to Local Civil Rule 1.4 of the United States District Courts for the Southern and Eastern Districts of New York.

Date:   January 16, 2020

Respectfully submitted,

THOMPSON HINE LLP

*/s/ Melissa A. Barrett*
Kip T. Bollin (*admitted pro hac vice*)
Laura L. Watson (*admitted pro hac vice*)
Mark R. Butscha, Jr.
Melissa A. Barrett (*admitted pro hac vice*)
3900 Key Center, 127 Public Square
Cleveland, OH 44114
Tel: (216) 566-5500
Fax: (216) 566-5800
kip.bollin@thompsonhine.com
laura.watson@thompsonhine.com
mark.butscha@thompsonhine.com
melissa.barrett@thompsonhine.com

-and-

Rebecca Brazzano
335 Madison Ave., 12th Floor
New York, NY 10017-4611
Tel:  (212) 344-5680
Fax:  (212) 344-6101
Rebecca.Brazzano@thompsonhine.com

*Attorneys for Plaintiff Essar Steel Algoma Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2020, I caused the foregoing to be served on all

counsel of record, electronically, via the Court's electronic filing system.


*/s/ Melissa A. Barrett*
*Attorney for Essar Steel Algoma, Inc.*