UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ESSAR STEEL ALGOMA, INC., et al.** <br> Plaintiff, <br><br> v. <br><br> **SOUTHERN COAL SALES CORPORATION** <br> Defendant. | Case No. 1:17-mc-00360-AT <br><br> **DEFENDANTS' NOTICE TO <u>TAKE VIDEOTAPED DEPOSITIONS</u>** |

PLEASE TAKE NOTICE in accordance with Rule 30 of the Federal Rules of Civil Procedure, counsel for the Defendants, James C. Justice Companies, Inc., James C. Justice Companies, LLC, Bluestone Industries, Inc., Bluestone Coal Corporation, Bluestone Mineral, Inc., Bluestone Energy Sales Corporation, A&G Coal Corporation, Tams Management Inc., Encore Leasing LLC, Bluestone Resources Inc., Justice Family Farms, LLC, 15 Corporation (collectively, the "New Defendants"), and Nevada Holdings (formerly Southern Coal Sales Corp.) ("SCSC" or "Southern Coal"), by and through counsel, will take the videotaped depositions of the following individuals, at the office of Thompson Hine LLP, 3900 Key Center, 127 Public Square, Cleveland, Ohio 44114 on the dates and times noted below:

| <u>Deponent</u> | <u>Date</u> | <u>Time</u> |
|---|---|---|
| John M. Stark, CPA/ABV, CFF | March 3, 2020 | 9:00 a.m. |
| Shawn Galey | March 4, 2020 | 9:00 a.m. |

The depositions will be taken before an officer authorized to administer oaths and videographer for all purposes permitted by the Federal Rules of Civil Procedure. The depositions shall continue from day to day until completed.

Respectfully submitted,

 /s/ Richard A. Getty
RICHARD A. GETTY (admitted pro hac vice)
DANIELLE HARLAN (admitted pro hac vice)
       And
MARCEL RADOMILE (admitted pro hac vice)

THE GETTY LAW GROUP, PLLC
The Offices at Center
100 West Main Street, Ste. 200
Lexington, Kentucky  40507
Telephone:  (859) 259-1900
Facsimile:   (859) 259-1909
E-Mail:  rgetty@gettylawgroup.com

and

PHILIP D. ROBBEN
KELLY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Telephone:  (212) 808-7800
Facsimile:  (212) 808-7897
Email: probben@kellydrye.com

COUNSEL FOR DEFENDANTS,
SOUTHERN COAL SALES CORPORATION,
JAMES C. JUSTICE COMPANIES, INC., JAMES
C. JUSTICE COMPANIES, LLC, BLUESTONE
INDUSTRIES, INC., BLUESTONE COAL
CORPORATION, BLUESTONE MINERAL, INC.,
BLUESTONE ENERGY SALES
CORPORATION, A&G COAL CORPORATION,
TAMS MANAGEMENT INC., ENCORE
LEASING LLC, BLUESTONE RESOURCES
INC., JUSTICE FAMILY FARMS, LLC AND
SOUTHERN COAL CORPORATION

amspld0768