UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESSAR STEEL ALGOMA INC.,

                                    Plaintiff,

                    -against-

NEVADA HOLDINGS, Inc., f/k/a SOUTHERN
COAL SALES CORPORATION, et al.,

                                    Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:  _____
DATE FILED: 6/2/2020
```

17 Misc. 360 (AT) (RWL)

**ORDER**

ANALISA TORRES, District Judge:

Having reviewed the parties' joint status letter, ECF No. 171, it is hereby ORDERED that:

1. By **July 31, 2020**, Plaintiff shall complete the depositions of Defendants' expert witnesses;

2. By **August 14, 2020**, Plaintiff shall serve its Rule 56.1 Statement;

3. By **August 28, 2020**, Defendants shall respond to Plaintiff's Rule 56.1 Statement;

4. By **September 4, 2020**, Plaintiff shall file a pre-motion letter regarding summary judgment; and

5. By **September 11, 2020**, Defendants shall respond to Plaintiff's pre-motion letter.

It is further ORDERED that the case management conference scheduled for June 8, 2020 is ADJOURNED to **September 17, 2020**, at **10:40 a.m.**

SO ORDERED.

Dated: June 2, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge