

July 22, 2020

*Via ECF*

Hon. Analisa Torres
United States District Judge
500 Pearl Street, Room 15D
United States Courthouse
Southern District of New York
New York, NY 10007

RE:  Joint Letter Motion Requesting Extension of Current Case Schedule, *Essar Steel Algoma, Inc. v. Southern Coal Sales Corporation*, Case No. 1:17-mc-00360-AT-RL

Dear Judge Torres:

Plaintiff Essar Steel Algoma, Inc. ("Algoma") and Defendants Nevada Holdings, Inc., f/k/a Southern Coal Sales Corporation; James C. Justice Companies, Inc.; James C. Justice Companies, LLC; Bluestone Industries, Inc.; Bluestone Coal Corporation; Bluestone Mineral, Inc., f/k/a Mechel Bluestone; Bluestone Energy Sales Corporation, A&G Coal Corporation, Tams Management Inc.; Encore Leasing LLC; Bluestone Resources Inc.; Justice Family Farms, LLC; and Southern Coal Corporation (collectively, "Southern Coal") request an extension of the current case schedule.  The parties have reached a settlement in principle and are in the process of drafting a settlement agreement and related documents.

The parties request that all case deadlines be extended by forty-five (45) days, by which time the parties expect to submit a stipulated dismissal for Your Honor to enter.  The current deadlines (per Your Honor's June 2, 2020 Order, dkt. 173) and proposed deadlines are below:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Plaintiff to complete depositions of Defendants' expert witnesses | July 31, 2020 | September 14, 2020 |
| Plaintiff shall serve Rule 56.1 Statement | August 14, 2020 | September 28, 2020 |
| Defendants shall respond to Plaintiff's Rule 56.1 | August 28, 2020 | October 12, 2020 |

Kip.Bollin@ThompsonHine.com   Fax: 216.566.5800   Phone: 216.566.5786              kb  4833-1492-5193.3

THOMPSON HINE LLP
ATTORNEYS AT LAW
3900 Key Center
127 Public Square
Cleveland, Ohio  44114-1291
www.ThompsonHine.com
O: 216.566.5500
F: 216.566.5800



Hon. Analisa Torres
July 22, 2020
Page 2

| Statement | | |
|---|---|---|
| Plaintiff shall file a pre-motion letter regarding summary judgment | September 4, 2020 | October 19, 2020 |
| Defendant shall respond to Plaintiff's pre-motion letter | September 11, 2020 | October 26, 2020 |
| Case management conference | September 17, 2020 | November 1, 2020 |

This is the first request for an extension of the deadlines set forth in Your Honor's June 2, 2020 Order.

Very truly yours,

/s/  Kip T. Bollin                                    /s/ Lee D. Schneider (per email consent 7/22/20)
Counsel for Essar Steel Algoma, Inc.    Counsel for Defendants



cc:   All counsel of record (*via ecf*)