UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESSAR STEEL ALGOMA INC.,

              Plaintiff,

-against-

NEVADA HOLDINGS, Inc., f/k/a SOUTHERN COAL SALES CORPORATION, et al.,

              Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/2022
```

17 Misc. 360 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' submissions dated May 23, 24, and 25. ECF Nos. 187, 188, 190. Accordingly, by **June 24, 2022**, Defendants shall retain new counsel, counsel for Defendants shall file a notice of appearance in this matter, and Defendants shall file their response to Plaintiff's pre-motion letter, if any.

    SO ORDERED.

Dated: June 3, 2022
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge