

*Via ECF and Email*

June 29, 2022

The Honorable Analisa Torres
U.S. District Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

    **RE:**    *Essar Steel Algoma, Inc. v. Nevada Holdings, Inc. f/k/a Southern Coal Sales Corporation, et al.*, **Case No. 1:17-mc-00360**

Dear Judge Torres:

    We are counsel for plaintiff Essar Steel Algoma, Inc. n/k/a Algoma Steel Inc. ("Algoma").

    This Court's June 3 Order (Dkt. 191) imposed a deadline of June 24 for Defendants to retain new counsel, for counsel to appear, and for Defendants to file a response to Algoma's pre-motion letter (Dkt. 188). That deadline has passed, but no new counsel has appeared on behalf of Defendants, and no response to Algoma's pre-motion letter has been filed.

    Accordingly, Algoma respectfully requests that this Court enter an order setting a deadline of July 8 for Algoma to file its Motion to Enforce Settlement Agreement, with the deadlines for Defendants' Opposition and Algoma's Reply to be determined in accordance with Local Civil Rule 6.1(b).


Respectfully yours,

*/s/ Kip T. Bollin*

Kip T. Bollin (admitted *pro hac vice*)
Mark R. Butscha, Jr.
Emily J. Mathieu

cc:    All counsel of record via ECF