```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESSAR STEEL ALGOMA INC.,

                Plaintiff,

-against-

NEVADA HOLDINGS, Inc., f/k/a SOUTHERN
COAL SALES CORPORATION, et al.,

                Defendants.

17 Misc. 360 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On June 3, 2022, the Court granted Defendants' former attorneys' request to permit them 30 days from the date of Plaintiff's letter to obtain new counsel and file a response letter. ECF Nos. 188, 191. The 30 days expired on June 24, 2022. ECF No. 191. The Court shall permit Defendants 14 more days to obtain counsel and have that counsel enter an appearance and file a responsive letter. Accordingly, by **July 21, 2022**, new counsel for Defendants shall enter their appearance and make such a filing. The Court will not grant any further extensions absent a showing of good cause. Failure to comply with this order will result in a briefing schedule being entered.

    The Court shall send this order, via email, this order to the addresses of Defendants provided by their former attorneys.

    SO ORDERED.

Dated: July 7, 2022
       New York, New York

                                              ANALISA TORRES
                                     United States District Judge