USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESSAR STEEL ALGOMA INC.,

                Plaintiff,

-against-

NEVADA HOLDINGS, INC., f/k/a SOUTHERN
COAL SALES CORPORATION, et al.,

                Defendants.

17 Misc. 360 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' pre-motion letters dated May 23, June 29, and July 21, 2022. ECF Nos. 187, 192, & 196. Accordingly:

1. Plaintiff's request to file a motion to enforce the settlement agreement is GRANTED;
2. Plaintiff's request for a teleconference is DENIED;
3. By **August 29, 2022**, Plaintiff shall file its motion to enforce the settlement agreement;
4. By **September 19, 2022**, Defendants shall file their opposition papers; and
5. By **October 3, 2022**, Plaintiff shall file its reply, if any.

      SO ORDERED.

Dated: July 25, 2022
       New York, New York

                                                ANALISA TORRES
                                          United States District Judge