**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ESSAR STEEL ALGOMA INC.,

                Plaintiff,                      17 **MC** 360 (AT)(RWL)

       -against-                        <u>**JUDGMENT**</u>

NEVADA HOLDINGS, INC., f/k/a
SOUTHERN COAL SALES CORPORATION,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 2, 2023, the Court has OVERRULED Defendants' objections to the R&R, ADOPTED the R&R's conclusions, GRANTED Algoma's motion to enforce the settlement agreement, and DENIED Defendants' Rule 60(b)(6) motion. Judgment is entered consistent with the R&R in favor of Algoma "in the amount of $5.75 million, plus post-judgment interest, and reasonable attorneys' fees expended in connection with Algoma's motion to enforce the [s]ettlement [a]greement." R&R at 10; see id. at 2, 8.

**Dated:**  New York, New York
          August 2, 2023

                                                       **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                            **BY:**      *K. Mango*

                                                         **Deputy Clerk**