USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/3/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ESSAR STEEL ALGOMA INC.,                :        17-mc-360 (AT) (RWL)
                                        :
                 Plaintiff,             :        **ORDER**
                                        :
        - against -                     :
                                        :
SOUTHERN COAL SALES CORPORATION,        :
et al.                                  :
                                        :
                 Defendant.             :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Plaintiff filed its application for attorney's fees on September 5, 2023 (Dkt. 218), refiled as separate documents on September 22, 2023 (Dkts. 220-22). Pursuant to Local Civil Rule 6.1(b) any opposing papers were due 14 days thereafter. Any opposing papers thus were due by September 19, 2023, and at the very least by October 6, 2023. Defendants have not filed any opposition, did not request any extension, and have provided no excuse for their failure to file. Accordingly, the Court will proceed to determine the attorney's fees application based on Plaintiff's application and supporting documents.s

      SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   November 3, 2023
         New York, New York

Copies transmitted to all counsel of record.