**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ESSAR STEEL ALGOMA INC.,

                Plaintiff,                17 **MC** 360 (AT)(RWL)

      -against-                  **JUDGMENT**
                                **For Attorney's Fees and Costs**

NEVADA HOLDINGS, INC., f/k/a
SOUTHERN COAL SALES CORPORATION,

                Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 8, 2023, the Court has ADOPTED Judge Lehrburger's R&R in its entirety. Plaintiff's motion for attorney's fees is GRANTED. The Court has awarded Plaintiff attorney's fees in the amount of $154,701.90 and costs in the amount of $1,339.68.

**Dated:**  New York, New York
           December 11, 2023

                                                                           **RUBY J. KRAJICK**

                                                                            **Clerk of Court**

                                          **BY:**    *K. Mango*

                                                                            **Deputy Clerk**